24-05095MB

## **AFFIDAVIT**

I, William P. Akins, a Postal Inspector with the United States Postal Inspection Service (USPIS),

being duly sworn, depose and state:

**INTRODUCTION:**

1. I am a Postal Inspector with the United States Postal Inspection Service, in Tucson, AZ, and
   have been employed as such since February of 2019.  Since February of 2019, I have been
   stationed at the Tucson, Arizona office of the Phoenix Division. I attended the fourteen-week
   training course at the United States Postal Inspection Service Academy in Potomac,
   Maryland.  There I received training related to violations of federal law including assaults,
   robberies, and criminal investigations of narcotics trafficking via the United States Mail.
   Prior to becoming a Postal Inspector, I was employed as a United States Border Patrol Agent
   for approximately 13 years. Throughout my law enforcement career, I have had extensive
   training and experience investigating a variety of criminal violations including controlled
   substances. During my 18-year career as a Federal Law Enforcement Officer, I have been
   involved in numerous criminal investigations which have resulted in arrests, recovery of
   evidence and seizure of property.  I have also written and executed numerous search warrants
   resulting in the seizure of thousands of dollars and controlled substances.

**DESCRIPTION OF SUBJECT PARCEL:**

2. This affidavit is made in support of an Application and Affidavit for Search Warrant for a
   United States Postal Service (USPS) Priority Mail (PM) parcel.  The parcel has tracking
   number 9405 5362 0624 8004 3991 82, with prepaid postage, postmarked from Mesa,
   Arizona, on September 24, 2024.  It bears a return address of "Sam Kenninger, 6624 N Arbor
   Ave, Mesa AZ 85206" and is addressed to "Mike Casey, 1476 Batesville Rd, Canton GA

30115-8483".  The article consists of a USPS PM small flat rate box.  The parcel measures

approximately 9" x 5" x 2" and weighs 10 ounces.  It is hereafter referred to as "SUBJECT

PARCEL 1".

**BACKGROUND ON USPS DRUG INTERDICTION IN SOUTHERN ARIZONA AND THE**

**USPS DRUG MAIL PROFILING PROGRAM:**

3.  From my training, personal experience, and the collective experiences related to me by other

Postal Inspectors who specialize in investigations relating to the mailing of controlled

substances and the proceeds from the sale of controlled substances, I am aware that the

southern Arizona international border is a leading area for the entry of controlled substances

from Mexico into the U.S.  Based on the large quantities of controlled substances entering

southern Arizona, controlled substances are frequently transported from southern Arizona via

the United States Mail to areas across the United States, primarily to the large metropolitan

areas in the eastern United States and Puerto Rico.  It is also common for the proceeds from

the sale of the controlled substances to be sent to southern Arizona via the United States Mail.

By using the U.S. Mail to ship controlled substances, these drug traffickers put unknowing

postal employees who handle and deliver those mailings at risk.

4.  Based on the frequent use of the United States Mail for the shipment of controlled substances

from southern Arizona and California, Postal Inspectors in Tucson and other locations near

the southwest border routinely observe inbound and outbound mail articles for suspicious

characteristics common to mailings of drugs and drug proceeds.  While there are many

characteristics that experienced inspectors look for, the most common characteristics found

are:

    a.  Suspected parcels are mailed to or from known drug destination areas, primarily the large metropolitan areas in United States and Puerto Rico.

    b.  The sender names and addresses on drug or drug proceeds parcels routinely contain misspellings, incomplete, inaccurate, unauthorized and/or fictitious information.

    c.  A tracking number is used to provide the trafficker the ability to track the parcel's progress to the point of delivery.

    d.  The postage was paid with a means which leaves no trail identifying the mailer.

5. Parcels found to meet some or all of the suspicious characteristics described in subsections "a" through "d" of this paragraph are further investigated by Postal Inspectors.

**INVESTIGATIVE DETAILS:**

6. Since September of 2021, I have reviewed United States Postal Service (USPS) business records detailing outbound parcels using prepaid postage in Tucson, Arizona.  After reviewing the report, there appeared to be a connection between various names and addresses utilized as the return address information.

7. A Drug Enforcement Agency (DEA) Analyst and I utilized law enforcement and USPS databases to learn some receiving addresses received multiple parcels from different return names which appeared on the same business record. These names all utilized different return addresses as well.  The data showed the sender could be concealing his or her identity because the parcels contain an illegal substance.

8. Some of the parcels I seized with similar mailing characteristics contained illegals substances such as marijuana, marijuana-based products, marijuana vape pens, Xanax, steroids, prescription medication and counterfeit pharmaceutical drugs.

9.   During the course of the investigation, Agents and I identified a courier for a drug trafficking organization (DTO) who primarily ships steroids across the country. That courier is hereafter referred to as "SUSPECT 1".

10.  Steroids are a Schedule III controlled substance.

11.  On September 19, 2023, I was made aware a USPS PM parcel was mailed at the Cortaro Post Office by "SUSPECT 1".  Steroids are illegal to mail if the sender is not a licensed medical practitioner.  The subject has been identified and he is not a licensed medical practitioner.

12.  The parcel mailed by "SUSPECT 1" had tracking number 9505 5120 3143 3261 2023 56, with $10.20 in postage, postmarked from Tucson, Arizona, on September 18, 2023.  It had a return address of "Kevin Sterling, 1330 Willow Run Dr., Tucson AZ 85710" and was addressed to "Brad Pippin, 1200 N Yellowood Ave, Broken Arrow OK 74012".  The article consisted of a USPS PM small flat rate box.  The parcel measured approximately 9" x 5" x 2" and weighed approximately 8.40 ounces.  It is hereafter referred to as "SUBJECT PARCEL 2".

13.  On September 20, 2023, I opened and searched "SUBJECT PARCEL 2" pursuant to a federal search warrant (23-03189MB) signed by United States Magistrate Judge Angela M. Martinez.  Inside "SUBJECT PARCEL 2" were 180 grams of steroids.

14.  On October 18, 2023, law enforcement agents were conducting surveillance on "SUSPECT 1" and witnessed him enter the Mountain View Post Office in Tucson, Arizona.

15.  On October 18, 2023, I contacted a USPS supervisor at the Mountain View Post Office and requested the parcels mailed by "SUSPECT 1" be set aside for further investigation.

16.  One of the parcels mailed by "SUSPECT 1" had tracking number 9405 5362 0624 8515 1539 07, with prepaid postage, postmarked from Tucson, Arizona, on October 18, 2023.  It had a

return address of "Jason Jenkins, 6647 N Campbell Ave, Tucson AZ 85718" and was addressed to "John Warren, 271 Faith Ave, Jacksonville, AL 36265-5905". The article consisted of a USPS PM small flat rate box. The parcel measured approximately 9" x 5" x 2" and weighs 8.50 ounces. It is hereafter referred to as "SUBJECT PARCEL 3".

17. On October 19, 2023, I opened and searched "SUBJECT PARCEL 3" pursuant to a federal search warrant (23-07634MB) signed by United States Magistrate Judge Lynnette C. Kimmins. Inside "SUBJECT PARCEL 3" were 200 grams of steroids.

18. On December 5, 2023, law enforcement agents were conducting electronic surveillance on "SUSPECT 1" and observed him depart a known stash house at approximately 6:00 p.m. and enter his vehicle with a large, reusable shopping bag. Electronic surveillance showed "SUSPECT 1" driving to the Casa Grande, Arizona Post Office at approximately 6:30 p.m.

19. On December 6, 2023, I utilized USPS business records to locate a parcel mailed by "SUSPECT 1".

20. That parcel had tracking number 9405 5362 0624 8794 0271 42, with prepaid postage, postmarked from Tucson, Arizona, on December 4, 2023. It had a return address of "Carl Goodman, 2401 N Glenn St, Tucson AZ 85719" and was addressed to "Jacob Freeman, 3238 County Road 715, Cullman AL 35055-9421". The article consisted of a USPS PM small flat rate box. The parcel measured approximately 9" x 5" x 2" and weighed 8.40 ounces. It is hereafter referred to as "SUBJECT PARCEL 4".

21. On December 11, 2023, I opened and searched "SUBJECT PARCEL 4" pursuant to a federal search warrant (23-04773MB) signed by United States Magistrate Maria S. Aguilera. Inside "SUBJECT PARCEL 4" were 200 grams of steroids.

22. On February 15, 2024, law enforcement agents were conducting electronic surveillance on "SUSPECT 1" and learned he travelled to the Mt. View Post Office in Tucson, Arizona.

23. On February 19, 2024, I utilized USPS business records to locate a parcel mailed by "SUSPECT 1". That parcel was a USPS PM parcel with tracking number 9405 5362 0624 8369 3755 00, with prepaid postage, postmarked from Tucson, Arizona, on February 15, 2024. It had a return address of "Luke Sandholm, 5174 N Timrod St, Tucson, AZ 85711" and was addressed to "Jean Rowlings, 751 S. Blakely St, Scranton, PA 18510". The article consisted of a USPS PM small flat rate box. The parcel measured approximately 9" x 5" x 2" and weighed 6.60 ounces. It is hereafter referred to as "SUBJECT PARCEL 5".

24. On February 21, 2024, I opened and searched "SUBJECT PARCEL 5" pursuant to a federal search warrant (24-00141MB) signed by United States Magistrate Eric J. Markovich. Inside "SUBJECT PARCEL 5" were 149 grams of steroids.

25. On April 9, 2024, law enforcement officers were conducting surveillance on "SUSPECT 1" and observed him enter the Mountain View Post Office in Tucson, Arizona. "SUSPECT 1" mailed a USPS parcel at the retail counter of the Post Office.

26. The parcel mailed by "SUSPECT 1" had tracking 9505 5123 7608 4100 4483 07, with $10.40 postage, postmarked from Tucson, Arizona, on April 9, 2024. It had a return address of "Tyler Runnels, 2241 E Oracle Rd., Tucson, AZ 85705" and was addressed to "Brad Pippin, 1200 N Yellowood Ave, Broken Arrow OK 74012". The article consisted of a USPS PM small flat rate box. The parcel measured approximately 9" x 5" x 2" and weighed 8.00 ounces. It is hereafter referred to as "SUBJECT PARCEL 6".

27. On April 15, 2024, I opened and searched "SUBJECT PARCEL 6" pursuant to a federal search warrant (24-00336MB) signed by United States Magistrate Eric J. Markovich.  Inside "SUBJECT PARCEL 6" were 160 grams of steroids.

28. On May 6, 2024, law enforcement officers were conducting surveillance on "SUSPECT 1" and observed him leave a known "stash house" related to the DTO.  "SUSPECT 1" met with another identified courier for this DTO, hereinafter referred to as "SUSPECT 2", and gave him a bag of USPS parcels.

29. On May 6, 2024, law enforcement officers followed "SUSPECT 2" to the Mountain View Post Office in Tucson, Arizona and observed him mail the USPS parcels. One of those parcels had tracking number 9405 5362 0624 8968 3453 93, with prepaid postage, postmarked from Tucson, Arizona, on May 6, 2024.  It had a return address of "Kevin Jefferson, 6247 N Fairmount St, Tucson AZ 85712" and was addressed to "Robert Goodwin, 1113 Quail Creek Dr, Russellville AR 72801-7508 ".  The article consisted of a USPS PM small flat rate box.  The parcel measured approximately 9" x 5" x 2" and weighed 15.1 ounces.  It is hereafter referred to as "SUBJECT PARCEL 7".

30. On May 7, 2024, I opened and searched "SUBJECT PARCEL 7" pursuant to a federal search warrant (24-04381MB) signed by United States Magistrate Maria S. Aguilera.  Inside "SUBJECT PARCEL 7" were 385 grams of steroids.

31. On June 24, 2024, law enforcement officers were conducting electronic surveillance on "SUSPECT 1" and observed him travel to a known "stash house" related to the DTO. On June 24, 2024, law enforcement officers responded to the area to also conduct physical surveillance on "SUSPECT 1".

32. On June 24, 2024, "SUSPECT 1" departed the known stash house and travelled to the Cortaro Post Office. Law enforcement officers observed "SUSPECT 1" exiting the Cortaro Post Office and leave the Post Office in his vehicle.

33. On June 24, 2024, I spoke with a USPS employee at the Cortaro Post Office and gave a physical description of "SUSPECT 1". The USPS employee informed me he had just completed a mailing transaction for "SUSPECT 1". The USPS employee informed me "SUSPECT 1" mailed a USPS PM parcel just a few moments prior to my phone call.

34. The parcel had tracking number 9505 5120 3143 4176 4186 03, with $10.40 in postage, postmarked from Cortaro, Arizona, on June 24, 2024. It had a return address of "Zach Yoder, 2375 E Wyatt Dr., Tucson AZ 85712" and was addressed to "Shane Potts, 5420 S 94th E Ave, Tulsa OK 74145 ". The article consisted of a USPS PM small flat rate box. The parcel measured approximately 9" x 5" x 2" and weighed 6 ounces. It is hereafter referred to as "SUBJECT PARCEL 8".

35. On June 26, 2024, I opened and searched "SUBJECT PARCEL 8" pursuant to a federal search warrant (24-00557MB) signed by United States Magistrate Eric J. Markovich. Inside "SUBJECT PARCEL 8" were 113 grams of steroids.

36. On September 26, 2024, I was made aware of "SUBJECT PARCEL 1." Based on knowledge acquired through the investigation, I believe another courier for this DTO mailed "SUBJECT PARCEL 1" out of the Phoenix area of Arizona.

37. On September 26, 2024, I requested "SUBJECT PARCEL 1" be sent to my office for further investigation.

38. On September 27, 2024, I obtained an image "SUBJECT PARCEL 1" and learned the following:

    a.  It was mailed from Mesa, Arizona which is a source of area for narcotics.

    b.  It had a tracking number.  From my experience, I know that nearly all drug and drug proceeds parcels bear tracking numbers allowing the sender and receiver to track the progress of the shipment from origination to destination.

    c.  The subject parcel was paid for in a manner to conceal the identity of the mailer.

39. On September 27, 2024, I accessed "Thomson Reuters CLEAR" to check for records of the names and addresses listed on "SUBJECT PARCEL 1".  Thomson Reuters CLEAR is an online service that provides an extensive collection of public records used primarily by corporate security departments and law enforcement agencies nationwide for investigative purposes.  There were no current records associating the sender with the corresponding address listed on the parcel. Michael Casey did associate with the receiving address.

40. On September 27, 2024, I accessed USPS databases to learn the return address used on "SUBJECT PARCEL 1" was incorrect.  It should be 6624 E. Arbor Ave, Mesa, AZ 85206.

41. On September 27, 2024, I accessed USPS databases to learn on August 29, 2024, a parcel mailed from Mesa, Arizona on August 27, 2024, was delivered to "Mike Casey at 1476 Batesville Rd, Canton, GA 30115".  That parcel had the return information of "Mark Summers, 662 N Park Pl, Mesa, AZ 85203".  That parcel is also suspected to have contained steroids.

42. On October 1, 2024, I received "SUBJECT PARCEL1" at my office.

43. Canine Examination:

    a.  A canine was not requested for "SUBJECT PARCEL 1" because I believe SUBJECT PARCEL 1 contains steroids.  Steroids are odors detection canines are not trained to detect.

44. Based on the facts set forth in this affidavit, I believe there is probable cause to show that "SUBJECT PARCEL 1" contains controlled substances, constituting evidence of violations of 21 U.S.C. § 841 (a) (1), Possession with Intent to Distribute a Controlled Substance; 21 U.S.C. § 843 (b), Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance; and 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute a Controlled Substance.

45. This affidavit is submitted for the limited purpose of seeking authorization to search "SUBJECT PARCEL 1". Your Affiant has not set forth each and every fact known to him regarding the investigation.


*William P. Akins*
William P. Akins
United States Postal Inspector


Subscribed and sworn to me telephonically on
This 1st day of October, 2024


Maria S. Aguilera
United States Magistrate Judge