☒ FILED   ☐ LODGED

**Oct 02 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# RETURN

Case No.: 24-05095MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10-1-24 | 10-2-24 0820 | N/A |

**INVENTORY MADE IN THE PRESENCE OF**

W. Akins / J. Aguilar

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

208 grams of Steroids

Packaging Material

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 10-2-24

Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title